AO 440 (Rev. 06/12) Summons in a Civil Action

15361

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| CMA CGM, S.A. <br><br> *Plaintiff(s)* <br> v. <br> GCC Supply & Trading LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:25-cv-01320 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GCC Supply & Trading LLC
　　c/o: INCORP SERVICES, INC. (Registered Agent)
　　815 Brazos Street, Suite 500
　　Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Keith B. Letourneau, Esq.
　　G. Evan Spencer, Esq.
　　Douglas Shoemaker, Esq.
　　BLANK ROME LLP
　　717 Texas Avenue, Suite 1400
　　Houston, TX 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: March 21, 2025

s/ Garrett Cole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-01320

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

*AFFIDAVIT ATTACHED*

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**CAUSE NO. 4:25-cv-01320**

| | | |
|---|---|---|
| CMA CGM, S.A. | § | |
| *Plaintiff* | § | UNITED STATES DISTRICT COURT FOR |
| | § | |
| vs. | § | THE SOUTHERN DISTRICT OF TEXAS |
| | § | |
| GCC SUPPLY TRADING, LLC | § | |
| *Defendant* | § | |

**AFFIDAVIT OF SERVICE**

My name is **NORMAN GEORGE WILEY**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am a private process server certified by and through the Judicial Branch Certification Commission (JBCC) of Texas, am in all ways competent to make this affidavit, and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is P.O. Box 741195, Houston, Texas 77274.

**On April 9, 2025 at 8:55 A.M.** – SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES; TXSD-HOUSTON DIVISION / JUDGE SIM LAKE'S COURT PROCEDURES for delivery to **GCC SUPPLY AND TRADING LLC c/o INCORP SERVICES, INC. ( REGISTERED AGENT)** at 815 BRAZOS STREET, SUITE 500, AUSTIN, TRAVIS COUNTY, TEXAS 78701, *came to hand.*

**On April 9, 2025 at 12:26 P.M.** - THE ABOVE NAMED DOCUMENTS HAVING FIRST ENDORSED THE DATE OF DELIVERY ON SAME WERE DELIVERED TO: **GCC SUPPLY AND TRADING LLC c/o INCORP SERVICES, INC. ( REGISTERED AGENT), by leaving with Linn Strock, Citation Clerk** at 815 BRAZOS STREET, SUITE 500, AUSTIN, TRAVIS COUNTY, TEXAS 78701, *by personal service.*

_____
**NORMAN GEORGE WILEY, Affiant**
**ID: PSC-1317 expires: 07/31/2026**

Before me personally appeared the above-named affiant, who, being first duly sworn, stated upon oath that the above-stated facts are true and correct and within his or her personal knowledge, and subscribed the same on this __10__ day of __April__, 2025.

L. LeBet Wiley
ID # 129491600
My Commission Expires
July 15, 2025

_____
Notary Public In and For the State of Texas

DocID: 15361
Scopic Legal Process