UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CMA CGM, S.A.**, <br><br> *Plaintiff*, <br><br> v. <br><br> **GCC Supply & Trading LLC,** <br><br> *Defendant.* | **CIVIL ACTION NO: 4:25-cv-01320** <br><br><br> **Admiralty** |

**CERTIFICATE OF CONFERENCE**

MAY IT PLEASE THE COURT:

Following the filing of the above captioned civil action by CMA CGM, S.A. ("CMA CGM") and prior to filing of the Motion to Compel Arbitration and Dismiss this Action or Alternatively Stay these Proceedings by GCC Supply & Trading LLC ("GCC") on 30 April 2025 (the "Motion", Rec. Doc. 11), the undersigned attorney-in-charge conferred and corresponded with counsel for CMA CGM regarding this civil action and the merits of GCC's intended motion.

Specifically, GCC relayed to CMA CGM that it was invoking the mandatory New York SMA Arbitration Agreement in the BIMCO Bunker Terms 2018, and on those grounds requested that CMA CGM agree to dismiss the above captioned civil action. Accordingly, GCC respectfully submits that a reasonable effort was made to resolve the dispute subject to the pending Motion, under Southern District of Texas Local Rule 7.1(D). Unfortunately, that effort failed, and it is therefore necessary for the Motion to be submitted to the Court for determination.

1

Respectfully submitted,

*/s/ Meredith W. Blanque*
Aaron B. Greenbaum, attorney-in-charge
(SDTX - Federal ID No. 2023921, TX #24110938)
Meredith W. Blanque, of counsel
(SDTX – Federal ID No. 3882128, LA #32346)
PUSATERI, JOHNSTON, GUILLOT & GREENBAUM
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Aaron.Greenbaum@pjgglaw.com
Meredith.Blanque@pjgglaw.com
**ATTORNEYS FOR GCC SUPPLY & TRADING LLC**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading has been served upon all counsel of record, either by hand delivery, facsimile transmission, electronic transmission (e-mail), or by placing same in the United States mail, properly addressed and postage prepaid, on this 8th day of May, 2025.

*/s/   Meredith W. Blanque*