

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| CMA CGM, S.A. | § |
| | § |
| V. | § CIVIL ACTION NO. H-25-1320 |
| | § |
| GCC SUPPLY & TRADING LLC | § |

## NOTICE OF CANCELLATION

This case has been **CANCELLED** for the following before Senior United States District Judge Sim Lake until further notice:

### INITIAL PRETRIAL AND SCHEDULING CONFERENCE

Date:       June 27, 2025

Time:       2:00 p.m.

Place:      515 Rusk
            Courtroom 9-B, 9th Floor
            Houston, Texas

To:         All Parties of Record

For inquiries regarding the above setting please contact:

Sheila R. Anderson,
Case Manager for
Senior United States District Judge Sim Lake

sheila_r_anderson@txs.uscourts.gov

June 5, 2025