UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CMA CGM, S.A., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO.: 4:25-cv-1320 |
| GCC Supply & Trading LLC | § § | **IN ADMIRALTY** |
| *Defendant.* | § § § | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of July 3, 2025, the Parties submit this Joint Status Report.

Plaintiff CMA CGM, S.A. has decided not to pursue arbitration in this matter.

Dated: August 29, 2025

Respectfully submitted,

Aaron B. Greenbaum, attorney-in-charge
(SDTX - Federal ID No. 2023921,
TX #24110938)
Meredith W. Blanque, of counsel
(SDTX – Federal ID No. 3882128, LA #32346)
PUSATERI, JOHNSTON, GUILLOT
& GREENBAUM
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Aaron.Greenbaum@pjgglaw.com
Meredith.Blanque@pjgglaw.com
**ATTORNEYS FOR GCC SUPPLY
& TRADING LLC**

Keith B. Letourneau, attorney-in-charge
State Bar No. 00795893
S.D.Tex. No. 20041
G. Evan Spencer
State Bar No. 24113493
S.D.Tex. Bar No. 3748768
Douglas Shoemaker
State Bar No. --788406
S.D.Tex. No. 16854
717 Texas Avenue, Suite 1400
Houston, TX 77002
Telephone:  (713) 632-8609
Facsimile: (7130 228-6605
Keith.Letourneau@blankrome.com
Evan.Spencer@blankrome.com
Douglas.Shoemaker@blankrome.com
**ATTORNEYS FOR CMA CGM, S.A.**