

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| CMA CGM, S.A. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-25-1320 |
| | § | |
| GCC SUPPLY & TRADING LLC | § | |

**NOTICE OF SETTING**

This case has been **SET** for the following before Senior United States District Judge Sim Lake:

**STATUS CONFERENCE**

| | |
|---|---|
| Date: | September 12, 2025 |
| Time: | 2:30 p.m. |
| Place: | 515 Rusk<br>Courtroom 9-B, 9th Floor<br>Houston, Texas |
| To: | All Parties of Record |

For inquiries regarding the above setting please contact:

Sheila R. Anderson,
Case Manager for
Senior United States District Judge Sim Lake

sheila_r_anderson@txs.uscourts.gov

August 29, 2025